IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

R. W. C.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D16-858

AGENCY FOR PERSONS
WITH DISABILITIES,

     Appellee.

_____/

Opinion filed November 9, 2016.

An appeal from an order of the Agency for Persons with Disabilities.

R.W.C., pro se, for Appellant.

Richard Tritschler, General Counsel, and Brian McGrail, Assistant General
Counsel, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.